# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIO HERNANDEZ MEDINA, | NO. ED CV 16-2236-RGK(E) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| Commissioner of Social Security, | CONCLUSIONS AND RECOMMENDATIONS |
| | OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) the decision of the Commissioner of the Social Security Administration is reversed in part; and (3) the matter is remanded for further administrative action

consistent with the Report and Recommendation.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff, counsel for Plaintiff and counsel for Defendant.

DATED: July 7, 2017.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE