**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORNELIO HERNANDEZ MEDINA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____) | NO. ED CV 16-2236-RGK(E) <br><br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: July 7, 2017.

/s/ Gary Klausner
_____
R. GARY KLAUSNER
UNITED STATES MAGISTRATE JUDGE